39 So.2d 24

## Aaron DYKES v. STATE.
### 1 Div. 357.

Supreme Court of Alabama.
Feb. 24, 1949.

Outlaw, Seale & Kilborn, of Mobile, opposed.

LIVINGSTON, Justice:

Petition of the State, by its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Dykes v. State, 39 So.2d 21, wherein a judgment of conviction of manslaughter in the first degree was reversed.

Writ denied.

BROWN, SIMPSON, and STAKELY, JJ., concur.